**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**VINCENT SLICKER,**

**Plaintiff,**

**v.**

**D&R INVESTMENT GROUP, LLC,**

**Defendant.**

**Case No. 26-10713**

**Hon. Denise Page Hood**

______________________________/

**ORDER MOOTING MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 14)**

On June 18, 2026, Defendant filed a Motion for Judgment on the Pleadings. (ECF No. 14) An Amended Complaint was thereafter filed on August 17, 2026. (ECF No. 33) Because an amended complaint supersedes all prior complaints, Defendant's Motion for Judgment on the Pleadings is rendered moot. "As a general rule, when a plaintiff files an amended complaint, the amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. Collier*, 595 U.S. 411, 423 (2022) (quoting, *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010)). *See, Parry v. Mohawk Motors of Michigan, Inc.,* 236 F.3d 299, 306 (6th Cir. 2000) (When an amended complaint is filed, the new complaint supersedes all previous complaints and controls the case from that point forward.). "Since the amended complaint replaces the original complaint, an earlier-filed motion to

dismiss and/or for summary judgment is moot." *Lowe v. Hamilton County Dep't of Job & Family Servs.*, Case No. 1:05cv117, 2007 WL 3232434 at *1 (S.D. Ohio Oct. 31, 2007).

Accordingly,

IT IS ORDERED that Defendant's Motion for Judgment on the Pleadings **(ECF No. 14)** is **MOOT** and the scheduled hearing as to this motion only is canceled.

S/DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: September 2, 2026